United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY S. SHAH, (SPN # 03254951), | § | |
| *Plaintiff,* | § | |
| vs. | § | CIVIL ACTION NO. H-26-7729 |
| SIKH NATIONAL CENTER, *et al.*, | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Bobby S. Shah, (SPN # 03254951), is currently detained in the Harris County Jail. Proceeding *pro se*, he filed a letter in September 2026 that the Court construed as a civil-rights complaint under 42 U.S.C. § 1983. (Dkt. 1). Viewed liberally, Shah alleged that multiple individuals were violating his civil and constitutional rights in connection with his imprisonment. (*Id.*). He neither paid the applicable filing fee for a civil-rights action nor filed a motion seeking leave to proceed *in forma pauperis*.

On September 22, 2026, the Court ordered Shah to either pay the applicable filing fee or file a properly supported motion to proceed *in forma pauperis* within thirty days of the date of the order. (Dkt. 4). The Court also ordered him to file an amended complaint on the form approved for prisoner's civil-rights actions within

thirty days. (*Id.*). The Court provided him with the proper forms and warned him that failing to comply as ordered would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.* at 1).

Shah has failed to comply, and the time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1. Shah's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2. Any pending motions are **DENIED as moot.**

3. Shah is advised that upon a showing of good cause for failing to comply with the Court's order of September 22, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by an amended complaint on the proper form and either payment of the $405 filing fee for a civil-rights action or a properly supported motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on Nov 10, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE